FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLO JEAN SMITH,<br><br>Defendant. | No. 1:20-CR-02029-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING<br><br>**ECF Nos. 28, 29** |

    Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 28) and related Motion to Expedite (ECF No. 29). Specifically, Defendant makes two requests of the Court. First, Defendant requests that Special Condition No. 3 be modified to permit her to have visits with her significant other W.A. Neither the United States, nor the United States Probation/Pretrial Services Office oppose this request. Second, Defendant requests that the Court permit her to change residences. Standard Condition No. 2 requires Defendant to advise the Court and the United States Attorney before any change in address. Special Condition No. 2 requires Defendant to notify the United States Probation Office

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING - 1

within 24 hours of any change in address. Currently, Defendant resides with her daughter—an address which has been approved by the United States Probation Office. Defendant is now requesting to return to the home in which she resided prior to her arrest. For the reasons set forth in the Motion and after consultation with the United States Probation Office;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 28**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 29**) is **GRANTED.**

3. Defendant's hearing set for Thursday, January 21, 2021 at 2:30 PM shall be **STRICKEN**.

4. Special Condition No. 3 shall be **MODIFIED** to allow Defendant to have visits with her significant other W.A. at her daughter's home.

5. Defendant's request to return to her prior address is **GRANTED** unless the Probation Office finds the residence not suitable.

6. Defendant shall abide by the following conditions at all times:

**STANDARD CONDITIONS OF RELEASE**

1. Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law

enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

2. Defendant shall immediately advise the Court and the United States Attorney in writing before any change in address.

3. Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

4. Defendant shall sign and complete form A.O. 199C before being released and shall reside at the address furnished.

5. Defendant shall not possess a firearm, destructive device or any dangerous weapons.

6. Defendant shall report to the U.S. Probation/Pretrial Services office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

7. Defendant shall contact defense counsel at least once a week.

8. Defendant is further advised it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to receive, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING - 3

9. Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

10. Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

## SPECIAL CONDITIONS OF RELEASE

1. Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

2. Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

3. Defendant shall avoid all contact, direct or indirect, with any codefendants and with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. **Defendant shall be permitted visits with W.A. at her daughter's home.**

4. Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING - 4

Probation/Pretrial Services Office.  Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.

     5.     Defendant shall abstain totally from the use of alcohol.

     6.     Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

     7.     Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

     8.     <u>GPS Location Monitoring</u>: Defendant shall participate in a program of GPS location monitoring.  Defendant shall wear at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office.  In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain Defendant.  Defendant shall

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING - 5

pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

      9.    Home Confinement: Defendant shall be restricted at all times, to Defendant's residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

DATED January 21, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE AND STRIKING HEARING - 6