FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARLO JEAN SMITH<br>aka Marlo Jean Rosenburg,<br><br>               Defendant. | No. 1:20-CR-02029-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 36, 37** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 36) and related Motion to Expedite (ECF No. 37). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. *See* ECF No. 36 at 2. Specifically, Defendant requests that the Court modify Special Condition No. 8, which Defendant to participate in a program of GPS location monitoring (ECF No. 35), as it is required for a surgery she will have on March 8, 2021. *See* ECF No. 36-2 at 2. The United States Probation Office has suggested the GPS device be removed on March 7, 2021, and reinstalled as soon as possible. Therefore, for the reasons set forth in the Motion;

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 1

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 36**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 37**) is **GRANTED**.

3. Special Condition No. 9 (**ECF No. 35**) shall be **MODIFIED** to allow for the removal of Defendant's GPS device on March 7, 2021. Defendant shall report to the United States Probation Office immediately upon being cleared to have the device reinstalled.

4. All other conditions of release shall remain in effect.

DATED February 24, 2021

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE