FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARLO JEAN SMITH<br>aka Marlo Jean Rosenburg,<br>　　　　　Defendant. | No. 1:20-CR-02029-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 44, 45** |
|---|---|

　　Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 44) and related Motion to Expedite (ECF No. 45). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the request. Specifically, Defendant requests that the Court strike Special Conditions No. 8 and 9, which require Defendant participate in a program of GPS location monitoring and subject her to home confinement. For the reasons set forth in the Motion;

　　**IT IS ORDERED:**

　　1.　Defendant's Motion to Modify Conditions of Release (**ECF No. 44**) is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF RELEASE AND MOTION TO EXPEDITE - 1

2. Defendant's Motion to Expedite (**ECF No. 45**) is **GRANTED**.

3. Special Condition No. 8 (**ECF No. 35**) shall be **STRICKEN**.

4. Special Condition No. 9 (**ECF No. 35**) shall be **STRICKEN**.

5. All other conditions of release shall remain in effect.

DATED June 10, 2021

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE